AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

United States District Court
Southern District of Texas
**ENTERED**
August 19, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. H-19-1517M |
| George Daniel McDavitt | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Judge Peter Bray<br>515 Rusk<br>Houston, TX 77002 | Courtroom No.: 703 |
|---|---|---|
| | | Date and Time: 8/21/19 @ 2pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 8/19/19

_____
*Judge's Signature*

Peter Bray, United States Magistrate Judge
*Printed name and title*